JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD JEROME CALLIER,<br><br>Petitioner,<br><br>vs.<br><br>RONALD E. BARNES, Warden,<br><br>Respondent. | Case No. EDCV 12-1880-MMM (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: September 30, 2013

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE